IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XONALD GILLEM,                          )
                                        )
                Petitioner,             )        No C 09-0075 VRW (PR)
                                        )
        vs.                             )        ORDER OF TRANSFER
                                        )
JOHN MARSHALL, Warden,                  )
                                        )
                Respondent.             )
_____        )

      Petitioner seeks federal habeas review of a conviction from the Superior Court of the State of California in and for the County of San Luis Obispo, which lies within the venue of the Central District of California, Western Division.  See 28 USC § 84(c)(2). Petitioner is incarcerated at Pleasant Valley State Prison in Coalinga, County of Fresno, which lies within the venue of the Eastern District of California.  See id § 84(b).

      Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id§ 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction.   See Habeas LR 2254-3(a); Dannenberg v Ingle, 831 F Supp 767, 767 (ND Cal 1993).

      Because the County of San Luis Obispo lies in the Central District of California, the court ORDERS that pursuant to 28 USC § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

      The clerk shall transfer this matter and terminate all pending motions as moot.

      SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge