O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

XONALD GILLEM,                          )        CASE NO. CV 09-00762 AG (RZ)
                                        )
                    Petitioner,         )
                                        )        ORDER ACCEPTING FINDINGS AND
          vs.                           )        RECOMMENDATIONS OF UNITED
                                        )        STATES MAGISTRATE JUDGE
JOHN MARSHALL, WARDEN,                  )
                                        )
                    Respondent.         )
————————————————————————                )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner
has not filed any written objections to the Report.  The Court accepts the findings and
recommendations of the Magistrate Judge.


DATED: April 29, 2009



                                        _____
                                              ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE