**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XONALD GILLEM,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JOHN MARSHALL, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 09-00762 AG (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of XONALD GILLEM, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 29, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE